AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) |
| v. | ) |
| | ) Case No. 8:13-cr-00166-DKC |
| Corie Gezo Yates | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Corie Gezo Yates ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
    Alleged to violation for supervised release.

Date: July 29, 2020

H. Espino
*By: Deputy Clerk*

Address: 6500 Cherrywood Lane
         Greenbelt, Md. 20770

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

---

**Return**

This warrant was received on *(date)* 07-29-20 , and the person was arrested on *(date)* 05-17-21
at *(city and state)* WASH DC

Date: 05-17-21

*Arresting officer's signature*
Receiving
COREY WILLIAMS DEO
*Printed name and title*